

FILED BY ___PG___
Dec 28, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

Emergency Notification Exhibit in Habeas Corpus and Quo Warranto Petition

Chief Judge Moore                                    Dec. 19, 2016
US District Court                                    Re: F16-2334, First
400 North Miami Avenue                               Amendment, Federalism, Separation
Miami, FL 33128                                      of Powers, Hatch Act, Extortion-Like
                                                     Corruption, Bivens, 42 USC 1983

16 CV 14540 RLR

Bivens or 42 USC 1983: Problem for Quo Warranto
Ofc. J. Jesurum    Ofc. P. Fernandez    SAO Wessel
Sgt. J. Reyes      Sgt. Wing            Judge V. Diaz
Ofc. De LosSantos  Ofc. Villafana       ASA M. Strozer

Chief Judge Moore, *Clearly, we are dealing with instigation, of some sort; It is obvious from this short list, that these officers of the State of Florida are claiming a knowledge of and authority over federal questions they cannot legitimately have without violating both federalism and separation of powers.* O.C. Lopez, Pro Se.

[left margin:] Under seal, 50 USC 421 and 18 USC 798 *Final pursuance of both 18 USC 421 and Congress cannot be disrupted.

[right margin:] +I wound not identify myself, or anything more, other than in civilian jurisdiction under 18 USC 553, 1441, 1442, 1443 et seq.

<u>Emergency Notification on Habeas Corpus and Quo Warranto Petitions</u>

Chief Judge Moore                                    Dec. 19, 2016
US District Court                                    Re: F16-2334, First
400 North Miami Avenue                               Amendment, Federalism,
Miami, FL 33128                                      Separation of Powers, Hatch
                                                     Act, Astorino-like corruption.

Chief Judge Moore,

You cannot understand fully how important our Petitions for Habeas Corpus and Quo Warranto are, since they are limited not to our personal substantive and procedural rights. I received forms on 42 USC 1983 and Bivens actions, although 28 USC 593, 1441, 1442, 1443, et seq provide protection, but the problem is we cannot know without a proper hearing and discovery, whether this is simply a problem with local State officials or Bivens through illegal proprietaries. Ex Parte Adversarial and Non-Adversarial discovery is fully allowed in proceedings like this, in fact they are mandatory, and they often require the issuance of Certified Questions to a superior Court for resolution and Administrative rectitude.

In this, Quo Warranto is fundamental, since as in Coram Nobis, the State proceedings in F16-2334 are illegal ab initio, Nelson v. Pennsylvania, for lack of original and appellate jurisdiction, in superseding jurisdiction by the FBI and Congress, given the threat to consensual Western Constitutionalism, Civic identity, individual rights, free speech, and the practicality of international relations and national security before the violations of 18 USC

Under Seal, 50 USC 441 and FRPP

Please Copy to Ken Craig and Ron Rubin

241 and related, 1505, 1510, and 1512. GEO-Correct Care, its professional certification, and forensic procedures, like its contract with DCF and the State Court system, must be examined by the far more precise light provided by 28 USC 593, 1441, 1442, 1443, et seq.; and certainly Oui Warrants on the federal level.

The Petitioner is being detained illegally in a political dispute between him and the Obama Administration's HUD and local administrators, and the 11th Circuit's Monitor, GEO-Correct Care, is seeking to prevent Chief Judge More, his elder US citizens and whistleblowers, in order to obtain Socialist federal control over Section 8, 811, and local land-use decisions in clear violation of the First Amendment, Federalism, and Seperation of Powers. (See Antonio Legal Brief and Stanley Kurtz.)

In fine, the State of Florida, its courts, and agencies lack grounds for retention under the principle of abstention; and both Habeas Corpus and Oui Warrants are correct under these federal circumstances, principles of equity, comity, federalism, and seperation of powers; because the US District Court's jurisdiction here is strictly original, thus making Honor's Appellate and Administrative judicial review essential and proper.

O. G. Lopez

P.S.: The use of 916.13 and 916.17 are unconstitutional.

96 SW Allapattah Road
Indiantown, FL 34956

Nov. 26, 2016

FBI Internal Affairs     Re: F16-2334
c/o Dir. Comey, FBI HQ
945 Pennsylvania Avenue, NW
Washington, DC 20531

Dir. Comey;

    To paraphrase John Fonte in "Ideologies Have Consequences", it is obvious from the Brady Material in F16-2334, that there was never munsrea, octusreus, nor jurisdiction, original, to sustain the charges and crecism, 843.08, 838.021, and 916.13, to begin with, and the false arrests were driven by the agenda of New Left and Organized Crime elements. Whether national health care, immigration, racial and gender politics, executive orders, diversity policies promoting quota equality, in the federal government and beyond, regarding housing, welfare, education, energy, defense, judicial appointments, plum jobs, election rules, foreign diplomatic openings to adversaries like Iran and Cuba, it is clear my analysis reports offended persons in the present Socialist Administration and its local cronies, despite their sensible constitutional recommendations, and the stated goal of the Administration to fundamentally transform the United States and the West via Gramscianism. This means the Socialist International promotion of both an increasingly post-national globalization externally, and an expanding, balkanizing multicultural ethos internally.

    Thus my case too goes well beyond Bakke and Sotomayor's fireman discrimination precedent to something more fundamental like Marbury v. Madison and Aliens and Sedition. The growing

                                                                             ①

*Under Seal. 50 USC 421 and FOUO*

danger, if not impeachable subversion, is plain, as in the first Quasi War: the facilitation of our fault line and core state adversaries abroad, with its corresponding shifting balance of power away from the West, and the undermining of the common good and domestic security at home. Not to mere historical analogies, but all of this in the context of a New Cold War, and the on and offshore controls our Article III cases provide.

      O. C. Lopez, Pro Se,
      In Forma Pauperis.

P.S.: I could not get copies of Astorino Legal Brief, Fr. McCoy's "The Doctrine of Judicial Review and Natural Law", and John Fonte's "Ideologies Have Consequences" to attach as Exhibits on the political nature of this arrest, and where all the State's evidence is inadmissible for lack of competency, relevance, and materiality. (Nelson, Tucker, Miranda.) (Hatch Act also covers inadmissibility.)

_Please Copy Congress and Hold Zipline Court_

②

Re: F16-2334.

<u>Emergency Habeas Corpus and Qui Warranto Petition</u>          Nov 26, 2016.

Petitioner is being illegally detained and deprived of his freedom, because of the following:

The State of Florida is violating both his substantive and procedural rights, directly and via comity, for lack of original and appellate jurisdiction, since the State Court has no competency or jurisdiction over purely federal and Article III issues;

As an US citizen of Connecticut, born and raised, and whistleblower, both compelled political speech and prior restraint on political speech are forbidden by the First Amendment, Petitioner is also a conservative Catholic and Republican, who has not been allowed to vote;

The State officials cannot misapply 843.08 and 838.021, since redress of grievances by whistleblower and material witness to the FBI and Congress are beyond their authority to invest, classify, or restrict on the State level, no State laws were broken, such ultra vires actions violate federalism and separation of powers, and it denies them immunity for doing so;

The case is properly removed under 28 USC 593, 1441, 1442, 1443, et seq., because the questions are exclusively federal and under the original and appellate jurisdiction of the Non and Article III Federal Courts, the State of Florida, its courts, and agencies have no authority ab initio, including the misapplication of 916.13 for adjustment orders, and they violated his rights by failing to follow federal appellate procedure in arguing any perceived Younger and related rights in efforts to retain or remand; 916.17 must be granted;

Those violating 50 USC 421 and HSPPA classification fall under

① 

Under Seal: 50 USC 421 and HSPPA
Never State Anything Out Curium's Ambit

investigation by the FBI for obstruction of justice, abuse of power, and contempt of Congress, ii 18 USC 1505, 1510, 1512, and HIPPA provisions.

Therefore, Petitioner requests the US District Court and US Marshals to release him, appoint Federal Independent Counsel to assist him in the proceedings, acknowledge claim of damages, personal and professional, via Qui Warranto, among them $600 million in lost Qui Tam recoveries, given Petitioner's vested legal right to make reports to FBI, SEC and Congress, work as a contract analyst, his substantive and procedural rights on Non and Article III matters, and provide any other such remedies, as the US Constitution, Common Law, and Equity in this cause may require.

O. E. López, Pro Se
In Forma Pauperis.

②

[Envelope image: handwritten return address "O. O. Foley, 96 SW Alligator Head, Jupiter(?), FL 34856" addressed to "Chief Judge Moore, US District Court, 400 North Miami Avenue, Miami, FL 33128" with USMS INSPECTED / RECEIVED stamp and postmark; notations "Legal Mail" on the envelope.]