UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14023-CIV-MARTINEZ
MAGISTRATE JUDGE P.A. WHITE

OSIRIS EDWARD LOPEZ,

    Plaintiff,

v.

OFFICER JESURAM et al.,

    Defendants.
_____

<u>REPORT RE FAILURE TO PAY
FILING FEE OR FILE DETAILED
FINANCIAL AFFIDAVIT
REQUIRED BY PRIOR ORDER</u>

    The plaintiff in this <u>pro se</u> prisoner civil rights case has failed to file a motion to proceed <u>in forma pauperis</u> and/or provide the prison account statement required by 28 U.S.C. §1915(a), as amended April 26, 1996.

    Pursuant to 28 U.S.C. §1915(b), as amended April 26, 1996, if a prisoner brings a civil action <u>in forma pauperis</u>, the prisoner must be required to pay the full filing fee.  Initially, the Court must assess 20% of the greater of

    A)   the average monthly deposits to the prisoner's account; or

    B)   the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the complaint.

    Thereafter, the prisoner must make payments of 20% of the preceding month's income credited to his account.  The agency having custody of the prisoner must forward payments from the

prisoner's account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fees are paid.

On **February 8, 2017**, a detailed order was entered informing the plaintiff of the statutory requirements.  He was provided with appropriate forms and ordered to complete and file them with the Court.  Moreover, he was cautioned that failure to complete and file the required documents would result in a report recommending dismissal of the case if the full filing fee of $350.00 had not been paid. (DE# 12).

The **March 8, 2017** due date for filing the forms or paying the fee expired and the plaintiff has failed to comply with the February 8, 2017 court order.

It is therefore recommended that this case be dismissed, without prejudice, for lack of prosecution.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

DONE AND ORDERED at Miami, Florida this 21st day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Osiris Edward Lopez
      306-3229
      Treasure Coast Forensic Treatment Center
      Inmate Mail/Parcels
      96 SW Allapattah Road
      Indiantown, FL 34956
      PRO SE

2