UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division
**Case Number: 17-14023-CIV-MARTINEZ-WHITE**

OSIRIS EDWARD LOPEZ,
     Plaintiff,

vs.

OFFICER J. JESURAM, *et al.*,
     Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S
## REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's *pro se* civil rights complaint [ECF No. 1]. Magistrate Judge White filed a Report and Recommendation [ECF No. 16], recommending that this case be dismissed without prejudice for lack of prosecution. The Court has reviewed the entire file and record and notes that no objections have been filed. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation [ECF No. 16] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1.    This case is **DISMISSED without prejudice** for lack of prosecution.

2.    This case is **CLOSED,** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this __19__ day of April, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Osiris Edward Lopez, #17095813